**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6738**

_____

CHRISTOPHER N. SHARIKAS,

             Petitioner - Appellant,

        v.

LORETTA K. KELLY,

             Respondent - Appellee,

        and

COMMONWEALTH OF VIRGINIA,

             Respondent.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:07-cv-00537-CMH-TCB)

_____

Submitted:  September 16, 2008      Decided:  September 22, 2008

_____

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Matthew McGavock Robinson, ROBINSON & BRANDT, PSC, Covington, Kentucky; Jennifer T. Stanton, Norfolk, Virginia, for Appellant. Eugene Paul Murphy, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher N. Sharikas seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2000) petition as untimely. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Sharikas has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED